**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA** RECEIVED



AUG 11 2020

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983**

2020 JUL 31 A

US DISTRICT COURT

Action Numbers 3:20cv619
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

**I. PARTIES**

A. Plaintiff:

1. (a) Anthony William Elliott (b) 16179 # Federal ID 20203895
   (Name)                                    (Inmate number)
   (c) Chesapeake City Jail (Sheriff)
   (Address)
   400 Albermarle Drive Chesa. Va. 23322

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B. Defendant(s):

1. (a) Chesapeake Sheriff Dept. (Jail) (b) Deputy
   (Name)                                    (Title/Job Description)
   (c) 400 Albermarle Dr
   (Address)
   Chesapeake, Va. 23322

RECEIVED
AUG - 5 2020

2. (a) _Chesapeake Circuit Court_ (b) _Judge / Circuit Court Judge TelFeyan_
   (Name) (Title/Job Description)

   (c) _____
   (Address)

3. (a) _Chesapeake Probation & Parole Dist #31_ (b) _Probation Officer / Kelly M. Harper c&H_
   (Name) (Title/Job Description) _Kelcie Chandler_

   (c) _808 Live Oak Drive Ste 125_
   (Address)
   _Chesapeake, Va. 23320_

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment? Yes [ ] No [✓]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

   2. Court (if federal court, name the district; if state court, name the county):

   _____

   3. Date lawsuit filed: _____

   4. Docket number: _____

5. Name of Judge to whom case was assigned:_____

_____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) :

_____

_____

## III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: _Chesapeake City Jail_

B. Does the institution listed in "A" have a grievance procedure? Yes [✓] No [ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [ ] No [✓]

2. If so, where and when: _Although several attempts where made prevented from doing so by Polite Now complianing deputies._

3. What was the result? _Obstruction of grievance process._

4. Did you appeal? Yes [ ] No [✓]

5. Result of appeal: _No procedure Allowed to Appeal._

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [✓] No [ ]

If your answer is Yes, what steps did you take? _Bed linen And uniform change after hours of verbal complaints. Filled out Medical papers Showed guards & medical physical proof as still obvious Not_

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

_Many Vocal complaints where offered and request for grievance forms to several staff and medical personel but was forced to submit Standard Med pass and fees but No resolut_

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

On 7/20/2020 a meeting was arranged by Chesapeake Police Chief Craig Wright between Lamar C. Elliott (brother) and myself to visit Clementine Elliott at Lamar's King Ct address in the Campostella area in the city of Chesapeake at years of stalled and motions and visits to Chesapeake Circuit Court Commonwealth attorney's office to vacate a unlawful Conservatorship that abused the respondent and family of Clementine Elliott, ordered by Judge Timothy Wright which was also the unlawful and unconstitution Retaliator response to a railroad decision after several complaints where submitted to the Chesa. Circ. Court and Judicial Review Comm. against Timothy Wright for several unlawful and inhumane decisions which caused unlawful detainer, misimprisonment, jurisdictions violations and extreme and unlawful sentencing of petitioner. And it resulted and a force upon court appointed Reginald Frazier Sr to collude and corrupt a totally unbelievable abuse of authority, Judicial Misconduct, Prosecutorial misconduct, due process violations, hiding of exculpatory evidence, coherecement, and the destruction of an entire family to a 18yr Ex. Sheriff deputy whom was used to lie, steal, and be the face of the demonic face of the Chesapeake injustice system which is still not allowing resolution to resolve it obvious objective to deprive this petitioner of freedom with 11½ mos even along with the unlawful caposis of over $39,000 bond

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. _____ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

__✓__ Award money damages in the amount of $ _20,000,000_

__✓__ Grant injunctive relief by _Emergency ~~actions~~ urgentency_

__✓__ Other _Clean Record & arrested when neacessary_

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_Chesapeake Only._

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [✓]  No [  ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this _28_ day of _July_, 20_20_.

Plaintiff _Anthony W. Elliott_

which in itself was unlawful but no the less paid, to prevent for imparative damage of lost of property, freedom, health, physical, mental, and a thriving and robust family which is a local pillar and founding Drug Court institution of the Chesapeake Court system and the very motive of the alleged abuse with which the petitioner can prove as to true than as well as a motivating force of this or the appearance this current and ongoing abuse. This current situation by the Chesapeake Court and Municipalites with great and otherwise unbeleivable cooperation by entities named about in my Spouse Kimberly C. Elliott federal suit in the U.S. Eastern District of Virginia Court. This extremely unlawful and disabiliting situation makes this Complaint difficult to process due to lack of resources, and the full weight of the state at this city's hand is a impossibility to even try to express with a U.S. Attorney and the protection the federal government which the Norfolk FBI could and should have acted when reported in 2012-2013-2016-18 and 6 trips to the justice dept. and several interviews whaling proof, as the petitioner could bury the City of Chesapeake in the criminal use of it authority to enslave and entrapp to suppress any person of color whom dare fight for justice against its oppressive extremely unlaw slavemaster mentality. This latest is a unlaw detainer which Chief Craig Wright, the Chesapeake Magistrate Office, the Circuit Court (Judge)(Telfeyan) of the Chesapeake Circuit Court, Judge R Smith, Judge J. Beasn Circuit Court, Judge J. Katchmark, Judge MacDonald, Judge W. Carter, Judge J. Infertino, Asst Commonwealth William Campbell, Asst. Brendan Feller, Judge Kubvocik Chesapeake JD&R, Chesapeake Social Serv., Ports Social Securities, Norfolk Probation & Parole, Chesapeake Circuit Clerk, Deputy Comm Att. Derek Wagner, Atty Reginald Frazier, Chesapeak sect 8, Wells Fargo (Ports Branch), and several other entities that under these unlawful conditions, will name once out of this dangerously Covid-19 is under great harm. But the current situation is after agreeing to meet was aware of a immediate unlawful setup by Chief Wright, Lamar C. Elliott long term friend to cover up injustices, but I never resisted and asked the officer C. Smith of the Ches. P.D what was I being arrested

for knowing I had broke no laws, and my visit to my mother who was extremely hurt by the fact that I was and is first her eldest son of 7yrs and best friend and partner, caretaker of her and my father before passing held on to my clothes to not let me go but I had to restrain my beautiful mother to protect me and her from obvious uncertainty with initially a over zealous Police Officer who in the end or by the end of his and my ride to the ~~one~~ jail was disturbed by the obvious misuse of his service and was shocked by the indictment which stated I was being arrested for Missing Court for portsmouth G.D on 7/10/2020 for a protective order against the illegal Portsmouth home of a person whom has broke my mother's hip buy allowing her to fall several times, false signing her name to Medical document in the Bon Secour hospital in portsmouth and following suit with Lamar Elliott being paid unlawful and taking and total Advantage as is Lamar of Clementine Elliott, Anthony Elliott, Kimberly Elliott, and the greater family whom hasn't been able to visit of see their Aunt whom is the only ~~above~~ one living elder of our entire family. Lamar fraud has removed her from her home as well as my Wife and Myself although even the Chesapeake Court admits that the eviction while incarcerated by Judge Carter both lack jurisdiction and due to my role and finance and remodeling over the years since 1977 makes the court lack jurisdiction which I possess~~ed~~ ordered by Chesapeake Judges Infantino, and Judge Mac Donald. So on 7/20/2020 also the most important day of my life because it was my date to get a X-ray for My Permanent Disability Determination as I can prove. The Magristrate Hine Stated that the charges Were missing Court in Ports Gen. Dist. for ~~~~ making Annoying phone call Portsmouth Magristrate office also, and Clerk ~~also~~ Colluding in and with Chesapeake. On 7/21/2020 Judge Telfeyan force Another day on Arraignment because I refused caunsel which I ~~~~~ agressively reject on signed not one but two wAviers to prove but was force to meet Att Shannon of the Shannon & Assoc. P.C. on 7/22/2020 whom

for knowing I had broke no laws, and my visit to my Mother who was extremely hurt by the fact that I was and is first her eldest son of 7yrs and best friend and partner, caretaker of her and my father before passing held on to my clothes to not let me go but I had to restrain my beautiful mother to protect me and her from obvious uncertainty with initially a over zealous Police Officer who in the end or by the end of his and my ride to the jail was distrubed by the obvious misuse of his service and was shocked by the indictment which stated I was being arrested for missing court for portsmouth GD on 7/10/2020 for a protective order against the illegal Portsmouth home of a person whom has broke my mothers hip buy allowing her to fall several times, false signing her name to Medical document in the Bon Secour hostiptal in portsmouth and following suit with Lamar Elliott being paid unlawful and taking and total Advantage as is Lamar of Clementine Elliott, Anthony Elliott, Kimberly Elliott, and the greater family whom hasn't been able to visit or see their Aunt who is the only alone living elder of our entire family. Lamar fraud has removed her from her home as well as my wife and myself although even the Chesapeake Court admits that the eviction while incarcerated by Judge Carter both lack jurisdiction and due to my role and finances and remodeling over the years since 1977 makes the court lack jurisdiction which I possess ordered by Chesapeake Judges Infantino, and Judge MacDonald. So on 7/20/2020 also the most important day of my life because it was my date to get a Rpay for my Permanent Disability Determination as I can prove. The magristrate then stated that the charges were missing court in Ports Gen. Dist for making Annoying phone call. Portsmouth magristrate office also, and Clerk also Colluding in and with Cheapeake. On 7/21/2020 Judge Telfeyan force Another day on Arraignment because I refused counsel which I aggressively reject on signed not one but two waivers to prove but was force to meet Att Shannon of the Shannon & Assoc. P.C. on 7/22/2020 whom

which in itself was unlawful but no the less paid, to prevent for imparative damage of lost of property, freedom, health, physical, mentaly and a thriving and robust family which is a local pillar and founding Drug Court institution of the Chesapeake Court system and the very motive of the alleged abuse with which the petitioner can prove as to true than as well as a motivating force of this or the appearance this current and ongoing abuse. This current situation by the Chesapeake Court and Municipalites with great and otherwise unbeleivable cooperation by entities named about in my Sprase Kimberly C. Elliott federal suit in the U.S. Eastern District of Virginia Court. This extremely unlawful and disabiliting situation makes this Complaint differcult to process due to lack of resources, and the full weight of the state at this city's hand is a impossibility to even try to express with a U.S. Attorney and the protection the federal government which the Norfolk FBI could and should have acted when reported in 2012-2013-2016-18 and 6 trips to the justice dept. and several interviews wholing proof, as the petitioner could bury the City of Chesapeake in the criminal use of it authority to enslave and entrapp to suppress any person of color whom dare fight for justice against its oppressive extremely unlaw slavemaster mentaility. This latest is a unlaw detainer which Chief Craig Wright, the Cheapeake magistrate Office, the Circuit Court (Judge)(Telfeyan) of the Chesapeake Circuit Court, Judge R Smith, Judge J. Brown Circuit court, Judge J. Katchmark, Judge MacDonald, Judge W. Carter, Judge J. Infertino, Asst Commonwealth William Campbell, Asst. Brendan Feller, Judge Kubvocik Chesapeake JD&R, Chesapeake Social Serv, Ports Social Securities, Norfolk Probation & Parole, Chesapeake Circuit Clerk, Deputy Comm Att. Derek Wagwer, Atty Reginald Frazier, Chesapeake Sect 8, Wells Fargo (Ports Branch), and several others that under these unlawful conditions, will name once out of this dangerously Covid-19 is under great harm. But the current situation is after agreeing to meet was aware of a immediate unlawful setup by Chief Wright, Lamar C. Elliott long term friend to cover up injustices, but I never resisted and asked the officer C. Smith of the Ches. P.P.D what was I being arrested

visited the Chesapeake Jail even after my rejection to appointed counsel but Never the less Ms. Shannon was still there with legal authority to represent me but still there. she was at a unofficial illegal Attorney Client meeting which was breech by me paying close attention to after She left and speaker in the intercom control let me know that there was a audience listening and the fact that she not legal means if caught No attorney Client 1:1 Rule breech; she forgot about fraud. The Judge didn't charge me with missing court but a cocain failed urine screen supposed from 4/20/2020, total bogus and extremely troubling. Now I,m have a strange infection that the jail want treat that after getting the T.B. shot that I was afraid to take Now I been ANNoying for asking for Medical attention. I Need help.